IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:08CR380
                               )
      v.                       )
                               )
RICHARD R. CONWAY, JR.,        )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on the motion to continue (Filing No. 47). The Court has been advised defendant wishes to enter a plea. Therefore, said motion will be granted. Accordingly,

IT IS ORDERED that the motion to continue is granted; a Rule 11 hearing is scheduled for:

**Thursday, February 26, 2009, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Due to the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 23, 2009, and February 26, 2009, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court