IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:08CR380
                                )
      v.                        )
                                )
RICHARD R. CONWAY, JR.,         )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the motion of Michael D. Gooch to withdraw as counsel for the defendant (Filing No. 57). The Court notes new counsel has entered an appearance. Accordingly,

IT IS ORDERED that the motion is granted; Michael D. Gooch is deemed withdrawn as counsel for defendant.

DATED this 4th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court